FOR the SOUTHERN DISTRICT of IOWA
CENTRAL DIVISION

**FILED**

FEB 2 9 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CIVIL NO

Herbert E Bundy
1306 E Seneca Ave Apt 4
Des Moines, IA 50313
PH - 664-9948

                    Plaintiff,

        vs

Case: 1:08-cv-00377
Assigned To : Unassigned
Assign. Date : 2/29/2008
Description: Employ. Discrim.

UNITED States Department of Commerce
Chief FINANCIAL OFFICER AND
Assistant Secretary for Administration
Washington, D.C. 20230
            and           Defendants,

City of Polk City
P.O. Box 426
112 Third Street
Polk City, Iowa 50226
Telephone (515) 984-6233

                    Defendant,

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF IA
07 DEC 28 AM 11:31
RECEIVED

RECEIVED
JAN 10
NANCY MAYER ... CLERK
U.S. DISTRICT COURT

    Complaint for Damages (Race Discrimination)

    1. This Court has Jurisdiction pursuant to

Title 28, Section 1332, IN There is True
diversity of Citizenship and the amount in
Controversy exceeds fifty thousand dollars ($50,000.00).

                                                    1

2. The plaintiff is a citizen of the United States and a resident of the state of IOWA.

3. The defendants United States Department of commerce are residents of Washington. DC and the city of polk city are residents of the State of IOWA.

4. ON April 7. 2006 I Herbert E Bundy the plaintiff filed a complaint of Race Discrimination against the Defendants and was told they would investigate my complaint.

5. They did and found out I was telling the truth and offered to settle out of court for $150.

6. I refused their offer of $150 and they dismissed my case and told me to file a Lawsuit in federal Court.

7. The plaintiff is respectfully requesting this court to allow him to file this Lawsuit in this Court since they told me to do so.

8. This is a entirly New Lawsuit that I have Never filed before and wouldn't this time, but you can understand that I couldn't accept $150 when I was Denied my Job as a Census Taker making $100 a Day.

9. My Supervisor told me to go and the test again for Census Taker in Polk City and they refused to Let me take the test and refused to hire me, because I am Black and polk City wont Let any Black people Live or work in Polk City and knock on whites' Doors after Dark.

After the premises considered

Plaintiff demands Judment against
The defendants United States Department of
commerce and City of polk City IN the Amount
of Ten million Dollars ($10,000,000.00).

Plaintiff Demands Trial by Jury,
Plaintiff reQuests counsel be
appointed for the plantiff.
Plaintiff asked Dale Knoshaw, Al
Parrish and Virgil moore to be his
Lawyer without success.

Letters inclosed for References

Herbert E Bundy
Herbert E Bundy
1306 E Seneca Ave Apt. 4
Des Moines, IA 50313
PH. (575) 664-9948



*City of Polk City*

P.O. Box 426
112 Third Street
Polk City, Iowa 50226
Telephone: 515-984-6233

June, 27, 2006

Horace Robinson
Office of Civil Rights
Room 6012
U.S Department of Commerce
1401 Constitution Ave. N.W.
Washington D.C.  20230

Dear Mr. Robinson;

The City of Polk City worked with the U.S. Department. of Census to perform a Special Census.  One responsibility of the City was the receipt of applications from those seeking temporary Census taking jobs.

Polk City did not place a formal ad in a local newspaper for temporary help, but did have the enclosed news article in the Bull's Eye (local newspaper) announcing the taking of applications on October 12, 2005.  In addition, in an effort to find temporary workers, Polk City placed a "Help Wanted" ad on the City Sign in the Town Square, as well as working through the local churches to place notifications in their church bulletins.

Because the Census Department was already performing special census counts in other Des Moines area communities, and had workers from these census taking jobs, the local need for additional workers was very minimal.  We did however receive applications which where given to the Census Department personnel.

Should you have any questions or comments, please feel free to contact me at your convenience.

Sincerely,

Gary C. Mahannah
City Administrator

08 0377

**FILED**

FEB 2 9 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

SINce the City of POLK City WONT Let
BLacK people Live IN polK City that is proof
of Race Discrimanation AND NO BLacK people
over read the Bull's Eye or read the help Wanted ad oN
The City SIGN IN the TownSquare and Local CHurches.

Exhibit  13  Page  1

## EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Milwaukee District Office
310 W. Wisconsin Ave., Suite 800
Milwaukee, Wisconsin 53203

| | | |
|---|---|---|
| HERBERT BUNDY | ) | |
| Complainant, | ) | |
| | ) | EEOC No.  443-07-00009x |
| and | ) | |
| | ) | Agency No.  06-63-00088 |
| CARLOS GUTIERREZ, Secretary, | ) | |
| U.S. Dept. of Commerce, | ) | DISMISSAL |
| Agency. | ) | |

---

On or about, November 26, 2006, the undersigned Administrative Judge issued an Acknowledgment and Order acknowledging receipt of Complainant's request for a hearing and setting forth a schedule of proceedings in this matter. On December 11, 2006, Complainant failed to show for a pre-hearing conference. On December 14, 2006, the Agency filed a Motion for Sanctions. Complainant also failed to show for a subsequent pre-hearing conference. The date scheduled for the hearing has come and gone.

On or about April 6, 2007, I issued an Order to Show Cause why the hearing request should not be withdrawn and this matter sent back to the Agency for the issuance of a Final Agency Decision. On April 20, 2007, the Complainant responded to the Order.  On April 30, 2007, the Agency filed a reply to the Complainant's response.  On May 14, 2007, the Complainant filed another response.

The Complainant alleges that he did not show for the last pre-hearing because he was upset with the Agency's low settlement offer.  Complainant has failed to show good cause. Therefore, the hearing request in this mater is being withdrawn.  The Agency is hereby ordered to issue a Final Agency Decision.  This ruling should not be interpreted to suggest any determination based upon the merits of the Complainant's allegations.

6-28-07

Date

Henry Hamilton III
Administrative Judge

Copy to:

Herbert Bundy
1306 E. Seneca St., Apt. 4
Des Moines, IA  50313



**DEPARTMENT OF VETERANS AFFAIRS**
VA Regional Office
210 Walnut Street
Des Moines IA  50309

November 2, 2007

HERBERT E BUNDY
PO BOX 3163
DES MOINES IA 50316

In Reply Refer To:  333/27
C 20 297 194
BUNDY, Herbert E

Dear Mr. Bundy:

The official records of the Department of Veterans Affairs show that Herbert E Bundy receives $552.00 per month for pension effective December 1, 2006.

He receives $364.00 from the Social Security Administration

## Do You Have Questions Or Need Assistance?

If you have any questions, call us toll-free by dialing 1-800-827-1000.  Our TDD number for the hearing impaired is 1-800-829-4833.  *If you call, please have this letter with you.*

Sincerely yours,

*L. Breun*
L. BREUN
Veterans Service Center Manager

Email us at: https://iris.va.gov

