**FILED**

FEB 2 9 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

HERBERT E. BUNDY,         )
                           )
         Plaintiff,      )
                           )
      v.               )   Civil Action No.   **08 0377**
                           )
UNITED STATES DEPARTMENT   )
OF COMMERCE, *et al.*,       )
                           )
        Defendants.   )

### MEMORANDUM AND ORDER STAYING CASE

This matter comes before the Court upon review of the *pro se* complaint and application to proceed *in forma pauperis*. The application will be granted, but the case must be stayed for the following reasons.

Plaintiff alleges that the United States Department of Commerce and the City of Polk City, Iowa discriminated against him on the basis of his race when plaintiff was not hired as a census taker. The Court presumes that plaintiff brings this action against the Secretary of Commerce under Title VII of the Civil Rights Act of 1964, as amended, *see* 42 U.S.C. § 2000e *et seq.*

The issuance of a right to sue letter from the Equal Employment Opportunity Commission is a condition precedent to the filing of an action such as this in federal court. 42 U.S.C. §§ 2000e-5(b), (e) and (f), 2000e-16(c), (d); *see* 29 C.F.R. § 1614.407. Attached to the complaint is a copy of an Order dismissing the case before the EEOC. It refers to the issuance of a Final Agency Decision, but that decision is not submitted with plaintiff's papers.

3

Accordingly, it is hereby

ORDERED that plaintiff's application to proceed *in forma pauperis* is GRANTED; and it is

FURTHER ORDERED that this matter is STAYED, and it is

FURTHER ORDERED that, within 30 days of entry of this Order, plaintiff shall provide the Court with a right to sue letter indicating a final determination of plaintiff's EEO charge. Failure to do so will result in the dismissal of this matter.

_____
United States District Judge

Date:

2/15/08

2