FILED
FEB 29 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HERBERT E. BUNDY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08 0377 |
| ) | |
| UNITED STATES DEPARTMENT ) | |
| OF COMMERCE, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER STAYING CASE

This matter comes before the Court upon review of the *pro se* complaint and application to proceed *in forma pauperis*. The application will be granted, but the case must be stayed for the following reasons.

Plaintiff alleges that the United States Department of Commerce and the City of Polk City, Iowa discriminated against him on the basis of his race when plaintiff was not hired as a census taker. The Court presumes that plaintiff brings this action against the Secretary of Commerce under Title VII of the Civil Rights Act of 1964, as amended, *see* 42 U.S.C. § 2000e *et seq.*

The issuance of a right to sue letter from the Equal Employment Opportunity Commission is a condition precedent to the filing of an action such as this in federal court. 42 U.S.C. §§ 2000e-5(b), (e) and (f), 2000e-16(c), (d); *see* 29 C.F.R. § 1614.407. Attached to the complaint is a copy of an Order dismissing the case before the EEOC. It refers to the issuance of a Final Agency Decision, but that decision is not submitted with plaintiff's papers.

Accordingly, it is hereby

ORDERED that plaintiff's application to proceed *in forma pauperis* is GRANTED; and it is

FURTHER ORDERED that this matter is STAYED, and it is

FURTHER ORDERED that, within 30 days of entry of this Order, plaintiff shall provide the Court with a right to sue letter indicating a final determination of plaintiff's EEO charge. Failure to do so will result in the dismissal of this matter.

> /s/
> United States District Judge

Date: 2/15/08

UNITED STATES DISTRICT COURT
FOR the DISTRICT of COLUMBIA

Herbert E Bundy
  Plaintiff,

V.

UNITED States Department
of Commerce, et al,
  Defendants,

Civil Action No. 08 0377

Right to sue Letter
Indicating a final
determination of
Plaintiff's EEO Charge

Comes now the Plaintiff Herbert E Bundy as follows the Courts instructions.
I tried to get three Lawyers to represent me without sucess. Their names are Robert Wright JR, Virgil Moore and Al Parrish.
Please Appoint Cousel for me.
Thanking you in Advance

Respectfully Submitted.

Herbert E Bundy
Herbert E Bundy
1306 E Seneca Ave Apt 4
Des Moines, IA 50313

**By Facsimile:**

Facsimile Telephone (202) 663-7022 or (FTS) 989-7022

**Time Frames:** If an attorney does not represent the Complainant, the appeal must be filed within **30 calendar days** of receipt of this final order. If an attorney represents the Complainant, then the appeal must be filed within **30 calendar days** of the date the attorney received the Final Decision. See 29 C.F.R. § 1614.402(a).

Also, a copy of any appeal submitted must be sent to the Department, at the address cited below, at the same time it is filed with the EEOC, OFO. Any statement or brief in support of an appeal must be submitted to the Director, OFO, within **30 calendar days** of filing the appeal, and a copy must be provided to the Department at the following address:

> The Office of Civil Rights, Room 6012
> U.S. Department of Commerce
> Washington, D.C. 20230

**2.   File a Civil Action in Federal District Court**

If a civil action is filed, Complainant must name the appropriate Department or Agency head as the defendant and provide his or her official title. Failure to name the head of the Department or Agency and/or the official title may result in the dismissal of the case. The appropriate Department or Agency is the Department of Commerce. The head of the Department of Commerce is Carlos M. Gutierrez, who is the Secretary of Commerce.

**Time Frames:** A civil action must be filed within **90 calendar days** of the date of receipt of the final order if no appeal has been filed. See 29 C.F.R. § 1614.408(a). If an appeal is filed, a civil action may be filed within **90 calendar days** after receipt of the EEOC's final decision on the appeal, or after **180 days** from the date of filing an appeal if there has been no final decision by the Commission.

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Milwaukee District Office
310 W. Wisconsin Ave., Suite 800
Milwaukee, Wisconsin 53203

| | |
|---|---|
| HERBERT BUNDY )<br>    Complainant, )<br> ) <br>and )<br> )<br>CARLOS GUTIERREZ, Secretary, )<br>U.S. Dept. of Commerce, )<br>    Agency. ) | EEOC No. 443-07-00009x<br><br>Agency No. 06-63-00088<br><br>DISMISSAL |

    On or about, November 26, 2006, the undersigned Administrative Judge issued an Acknowledgment and Order acknowledging receipt of Complainant's request for a hearing and setting forth a schedule of proceedings in this matter. On December 11, 2006, Complainant failed to show for a pre-hearing conference. On December 14, 2006, the Agency filed a Motion for Sanctions. Complainant also failed to show for a subsequent pre-hearing conference. The date scheduled for the hearing has come and gone.

    On or about April 6, 2007, I issued an Order to Show Cause why the hearing request should not be withdrawn and this matter sent back to the Agency for the issuance of a Final Agency Decision. On April 20, 2007, the Complainant responded to the Order. On April 30, 2007, the Agency filed a reply to the Complainant's response. On May 14, 2007, the Complainant filed another response.

    The Complainant alleges that he did not show for the last pre-hearing because he was upset with the Agency's low settlement offer. Complainant has failed to show good cause. Therefore, the hearing request in this mater is being withdrawn. The Agency is hereby ordered to issue a Final Agency Decision. This ruling should not be interpreted to suggest any determination based upon the merits of the Complainant's allegations.

6-28-07
Date

Henry Hamilton III
Administrative Judge

Copy to:

Herbert Bundy
1306 E. Seneca St., Apt. 4
Des Moines, IA 50313