UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

MAR 3 1 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| Herbert E. Bundy, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08-0377 |
| ) | |
| United States Department ) | |
| of Commerce *et al.*, ) | |
| ) | |
| Defendants. ) | |

TRANSFER ORDER

Plaintiff has responded to the Order of February 29, 2008, staying the proceedings pending his submission of additional information. Upon review of the complaint, however, the Court finds that this venue is not proper for litigating plaintiff's claim brought under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e *et seq*. Such cases are properly brought (1) in the judicial district where the alleged wrongdoing was committed; (2) in the judicial district where the relevant employment records are maintained and administered; (3) in the judicial district where the plaintiff would have worked but for the alleged discrimination; or, if the action cannot be brought in any of the preceding districts, (4) in the judicial district where defendant's principal office is located. 42 U.S.C. § 2000e-5 (f)(3).

Because the discrimination is alleged to have occurred in Polk City, Iowa, which is also where any relevant records are likely to be maintained and where plaintiff would have worked but for the discrimination, the Court finds it in the interests of justice and judicial economy to transfer the case. Accordingly, it is this ____ day of March 2008,

ORDERED that the stay is LIFTED; and it is

FURTHER ORDERED that pursuant to 28 U.S.C. § 1406(a), this case is TRANSFERRED to the United States District Court for the Southern District of Iowa.

*[signature]*
United States District Judge